

# Fourth Court of Appeals
## San Antonio, Texas

October 22, 2019

No. 04-19-00673-CR

Kassey A. **WILLIAMS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR8544
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

Appellant has filed a pro se motion to automatically reverse magistrate's findings. Our records show James Oltersdorf has been appointed to represent appellant in this appeal. In Texas, appellants do not have a right to hybrid representation. *Rudd v. State*, 616 S.W.2d 623, 625 (Tex. Crim. App. 1981). Therefore, appellant's motion is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of October, 2019.

_Luz Estrada_
LUZ ESTRADA,
Chief Deputy Clerk